RECEIVED
IN MONROE, LA

NOV 0 6 2006

ROBERT H. SHEQWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

UNITED STATES OF AMERICA        CRIM. ACTION NO. 93-30033-02

VERSUS        JUDGE ROBERT G. JAMES

MICHAEL BELL        MAG. JUDGE KAREN L. HAYES

## MEMORANDUM ORDER

Pending before the Court is a motion to vacate, set aside, or correct sentenced filed by

Defendant. On September 19, 2006, Magistrate Judge Karen L. Hayes issued a Report and

Recommendation [Doc. No. 294] finding that Petitioner has previously filed *habeas corpus*

petitions and therefore is required to obtain permission from the United States Court of Appeals

for the Fifth Circuit prior to filing this successive petition. Magistrate Judge Hayes further

recommended that the Court deny and dismiss Petitioner's petition.

Having reviewed the Report and Recommendation of Magistrate Judge Hayes, and after

an independent review of the record including the objections filed by Petitioner, the Court has

determined that her findings are correct under the applicable law. The Court **ADOPTS** those

findings. However, in the interest of the justice, the Court **DECLINES TO ADOPT** her

recommendation to dismiss this case and instead,

**IT IS ORDERED** that this petition for writ of *habeas corpus* is hereby

**TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit for a determination

whether the successive petition should be allowed, pursuant to 28 U.S.C. § 2244(b)(3) and *In re*

1

*Epps*, 127 F.3d 364 (5th Cir. 1997).

MONROE, LOUISIANA, this _____ 6 _____ day of _____ November _____, 2006.

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**